33 A.3d 1260

**Joseph CUMMINGS, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Dec. 21, 2011.

No. 45 EAP 2011,

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2011, the order of the Commonwealth Court is hereby **AFFIRMED.**